UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA HANCOCK, an individual, | Case No.: C 06-1212 CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER** |
| v. | |
| TAYLOR GORDON LAW GROUP, a Professional Corporation, aka GORDON AND WONG LAW GROUP, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties that said action against TAYLOR GORDON LAW GROUP, aka GORDON AND WONG LAW GROUP, be dismissed with prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

SO STIPULATED:

DATED:  June 3, 2006            BY:      /s/
                                IRVING L. BERG
                                Attorney for Plaintiff

DATED:  June 26, 2006           BY:      /s/
                                MITCHELL L. WONG
                                Attorney for Defendant

**ORDER**

The parties having achieved a settlement and for good cause, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  July 7, 2006            BY:  _____
                                CHARLES R. BREYER
                                United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*